# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GARY S. HANN,

    Plaintiff,

v.

KARL T. ANDERSON, et al.,

    Defendants.

Case No. ED CV 20-756-MCS (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that: (1) defendants Karl T. Anderson ("Anderson"), Melissa D. Lowe ("Lowe"), Leonard M. Shulman ("Shulman"), and Shulman Hodges and Bastian LLP's ("Shulman LLP") Motion to Strike (docket no. 7) is granted in substantial part; (2) defendants Anderson, Lowe, Shulman, and Shulman LLP's Motion for Sanctions (docket no. 10) is denied; (3) defendants Stuart M. Collis and Collis & Griffor PC's Motion to Strike (docket no. 18) is granted in substantial part; (4) defendant United States Trustee's Motion to Dismiss

1  (docket no. 38) is granted; and (5) Judgment will be entered dismissing the
2  Complaint and this action with prejudice and without leave to amend.

5  DATED: May 4, 2021

   _____
   HONORABLE MARK C. SCARSI
   UNITED STATES DISTRICT JUDGE