# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY S. HANN, | ) Case No. ED CV 20-756-MCS (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| KARL T. ANDERSON, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: May 4, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE